CLOSED

# U.S. District Court
# Western District of North Carolina (Charlotte)
# CRIMINAL DOCKET FOR CASE #: 3:16-mj-00410-DSC All Defendants

Case title: USA v. White
Other court case number: 16-60298 SDFL

Date Filed: 10/27/2016
Date Terminated: 11/02/2016

Assigned to: Magistrate Judge David S. Cayer

## Defendant (1)

**John Karl White**
*TERMINATED: 11/02/2016*

represented by **Elizabeth Anne Blackwood**
Federal Defenders of Western NC
129 W. Trade Street
Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: Elizabeth_Blackwood@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:2252(a)(2)and(b)(1) ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNOGRAPHY

**Disposition**

**Plaintiff**

USA                                        represented by  **Taylor Phillips**
US Attorneys Office
227 West Trade Street, Suite 1650
Charlotte, NC 28202
704-338-3137
Email: taylor.phillips@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2016 | 1 | SDFL INDICTMENT as to John Karl White (tob) (Entered: 10/27/2016) |
| 10/27/2016 | | Set/ Deadlines/Hearings as to John Karl White: Initial Appearance - Rule 5 set for 10/28/2016 10:20 AM in Magistrate Courtroom 1-3, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David S. Cayer. (tob) (Entered: 10/27/2016) |
| 10/27/2016 | | Case sealed as to John Karl White (tob) (Entered: 10/27/2016) |
| 10/28/2016 | | Case unsealed as to John Karl White (tob) (Entered: 10/28/2016) |
| 10/28/2016 | | Arrest (Rule 5) of John Karl White (tob) (Entered: 10/28/2016) |
| 10/28/2016 | | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to John Karl White held before Magistrate Judge David S. Cayer. Defendant advised of rights & charges. Defendant moved for appointment of counsel. Defendant filed a financial affidavit. Court approved appointment of counsel. Government moved for detention. Detention Hearing set for 11/2/2016 10:15 AM in Magistrate Courtroom 1-3, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David Keesler. Identity Hearing set for 11/2/2016 10:15 AM in Magistrate Courtroom 1-3, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David Keesler.Government attorney: Taylor Phillips. Defendant attorney: Jared Martin. Court Reporter: DCR. (tob) (Entered: 10/28/2016) |
| 10/28/2016 | 2 | CJA 23 (Ex Parte) Financial Affidavit by John Karl White (tob) (Entered: 10/28/2016) |
| 10/28/2016 | | **ORAL ORDER as to John Karl White granting Oral Motion to Appoint Counsel. Entered by Magistrate Judge David S. Cayer on 10/28/16.** (tob) (Entered: 10/28/2016) |
| 10/28/2016 | | Attorney update in case as to John Karl White. Attorney Elizabeth Anne Blackwood for John Karl White added. (mga) (Entered: 10/28/2016) |
| 11/01/2016 | 4 | PRETRIAL REPORT *(SEALED - Attorney)* as to John Karl White (available to USA, John Karl White) (Ross Baker - df) (Entered: 11/01/2016) |
| | | |

| 11/02/2016 | 5 | WAIVER of Rule 5(c)(3) Hearings by John Karl White (mga) (Entered: 11/02/2016) |
|---|---|---|
| 11/02/2016 | | Minute Entry: DETENTION HEARING as to John Karl White held before Magistrate Judge David Keesler. Defendant released on conditions. Government attorney: Taylor Phillips. Defendant attorney: Elizabeth Blackwood. Court Reporter: DCR. (mga) (Entered: 11/02/2016) |
| 11/02/2016 | 6 | **Appearance Bond Entered *(Restricted)* as to John Karl White in amount of $ 25,000 unsecured. Signed by Magistrate Judge David Keesler on 11/2/16. (mga) (Entered: 11/02/2016)** |
| 11/02/2016 | 7 | **ORDER *(Restricted)* Setting Conditions of Release. Signed by Magistrate Judge David Keesler on 11/2/16. (mga) (Entered: 11/02/2016)** |
| 11/02/2016 | 8 | **ORDER holding defendant to answer and to appear in district of prosecution or district having Probation Jurisdiction as to John Karl White. Signed by Magistrate Judge David Keesler on 11/2/16. (mga) (Entered: 11/02/2016)** |
| 11/02/2016 | | Rule 5(c)(3) Documents Emailed to SDFL as to John Karl White (mga) (Entered: 11/02/2016) |
| 11/02/2016 | | Notice to SDFL of a Rule 5 or Rule 32 Initial Appearance as to John Karl White. Your case number is: 0:16cr60298. Using your PACER account, you may retrieve the docket sheet and documents. (Documents: 5 Waiver of Rule 5(c)(3) Hearings, 2 Financial Affidavit - CJA23, 7 Order Setting Conditions of Release, 4 Pretrial Report, 6 Bond, 8 Order Rule 5 Bond Release ) (*If you wish to designate a different email address for future transfers, send a request to InterDistrictTransfer_TXND@txnd.uscourts.gov.*) (mga) (Entered: 11/02/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/02/2016 14:23:59 | | | |
| **PACER Login:** | db5310 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:16-mj-00410-DSC |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No: 3:16-mj-00410-DSC |
| John Karl White | ) Charging District's Case No: 0:16cr60298-BB |
| *Defendant* | ) |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the Southern District of Florida

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise – unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: __November 2, 2016__

_____
*Defendant's Signature*

_____
*Signature of defendant's attorney (if any)*

Elizabeth Blackwood
*Printed name of defendant's attorney (if any)*

Case 0:16-cr-60298-BB   Document 3   Entered on FLSD Docket 11/03/2016   Page 5 of 5

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>John Karl White<br>*Defendant* | Case No: 3:16-mj-00410-DSC<br><br>Charging District: Southern District of Florida<br>Charging District's Case No: 0:16cr60298 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: TO BE NOTIFIED | Courtroom No.: |
|---|---|
| | Date and Time |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: __November 2, 2016__

_____
David C. Keesler
United States Magistrate Judge