AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

RECEIVED
UNITED STATES MARSHAL
2016 OCT 26 AM 10: 53
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE

| | |
|---|---|
| United States of America<br>v.<br>JOHN KARL WHITE, a/k/a "The Don,"<br><br>Defendant | )<br>)<br>) Case No.<br>) 16-60298-CR-Bloom-Valle<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOHN KARL WHITE, a/k/a "The Don,"   # 33130-058                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
  Distribution of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(2).

Date: 10-25-16

*Issuing officer's signature*

City and state:   Fort Lauderdale, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/26/16, and the person was arrested on *(date)* 10/28/16
at *(city and state)* Charlotte, NC.

Date: 11/2/16

*Arresting officer's signature*

David Steinberg, ASDUSM
*Printed name and title*