UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60298-CR-BLOOM

UNITED STATES OF AMERICA

v.

JOHN KARL WHITE,
    a/k/a "The Don"

        Defendant.
_____/

## STIPULATED FACTUAL BASIS

John Karl White (hereinafter referred to as "the defendant") individually and by and through his counsel, Jason Kreiss, and the United States, by and through the undersigned Assistant United States Attorney, agree and stipulate that the government would produce evidence of the facts recited below which are a fair and accurate summary of the events and the defendant's involvement in the conduct charged in the underlying Indictment and the charge to which the defendant is pleading guilty.

    1.    On May 27, 2015, the South Florida Internet Crimes Against Children (ICAC) Task Force located in Broward County, Florida received a cybertip[1] from NCMEC - the National Center for Missing and Exploited Children[2] regarding an email account johnnyd1885@yahoo.com.

---

1 Cybertips are investigative leads generated by NCMEC.

2 NCMEC is a non-profit organization that acts as an information clearinghouse and resource for parents, children, law enforcement agencies, schools and communities to assist in locating missing children and to raise public awareness about ways to prevent child abduction, child sexual abuse and child pornography. Pursuant to its mission and congressional authorization, NCMEC operates the Cyber Tipline and Child Victim Identification Programs to assist law enforcement in identifying victims of child pornography and child sexual exploitation.

The cybertips reported that child pornography images associated with the johnnyd account had been located on the internet. The johnnyd account was identified as belong to Loring Proctor Jr. from Sunrise, Florida.

2. In June 2015, law enforcement obtained a state search warrant for the Johnnyd Yahoo account. Analysis of the information provided in response to the warrant revealed that the user of the johnnyd account had exchanged numerous emails with a separate unidentified user known as "the_don_9927@yahoo.com" between the months of January and May 2015. Many of the emails contained communications discussing the trading of child pornography and the sexual exploitation of children, and in many of the communications, images of child pornography were traded between the accounts. These included images of naked female children between the approximate ages of 4 and 6, many displaying their genitals, performing oral sex on adult men and/or digitally penetrating their own vaginas. At least one image depicted the erect penis of an adult male touching a child's genital area.

3. Between the months of January and May 2015, the johnnyd account and "the_don" account communicated on a regular basis at a steady pace. In many of the emails, the don_account discussed minor females that he claimed were being sexually exploited by him and his friends.

4. On January 14, 2016, law enforcement officers executed a federal search warrant at Loring Proctor's residence in Broward County, Florida. Proctor was arrested by federal authorities and ultimately pled guilty to possession of child pornography in the Southern District of Florida (16-60013-CR-COHN). A search of Proctor's computer devices revealed evidence of the_don account sending images of child pornography to the johnnyd account and receiving

images from the johhnyd account.

5.    The user of the_don account was ultimately identified as belonging to the defendant who was residing in Statesville, North Carolina.  On April 5, 2016, a federal search warrant was executed at the defendant's North Carolina residence.  During a forensic preview of electronic devices belonging to the defendant, agents located child pornography depicting bestiality and the sexual molestation of babies.  The defendant was interviewed and admitted using the_don_9927 email address.  However, he denied sending child pornography to, or receiving child pornography from, the johnnyd1885 email address.  He also denied ever sexually assaulting a child.  The defendant did say that "if" there was any child pornography, it would be on the black PC, which was an Asus computer, but not on the external hard drives.  The defendant also admitted to occasionally looking at child pornography.

6.    The computer devices seized at the time of the search warrant at the defendant's residence were further analyzed and found to contain 6747 images and 1233 videos depicting child pornography.  The emails between the defendant and Proctor were also located revealing numerous emails containing child pornography sent from Proctor to the defendant and four (4) emails containing child pornography sent from the defendant to Proctor, including images depicting children under the age of 12 exposing their genitals and touching the genitals and performing oral sex on adult males.

7.    The child pornography images that the defendant transmitted to Proctor had been shipped or transported in interstate and foreign commerce, or was produced using materials that had been shipped or transported in interstate or foreign commerce.

8. The foregoing events occurred in Broward County in the Southern District of Florida, North Carolina and elsewhere.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 2/21/17      By: *Corey Steinberg*
Corey Steinberg
Assistant United States Attorney

Date: 2-22-17     By: *Jason Kreiss*
Jason Kreiss
Attorney for Defendant

Date: 2/22/17     By: *John Karl White*
John Karl White
Defendant

4