UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 16-6098-CR-BLOOM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOHN KARL WHITE,

        Defendant.
_____/

### DEFENDANT WHITE'S UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW, the Defendant, JOHN KARL WHITE, by and through his undersigned CJA counsel, Jason W. Kreiss, Esq., and hereby moves this Honorable Court to continue the sentencing hearing scheduled for May 5, 2017, for a period of 30 days. The Defendant states the following grounds for the relief sought herein:

1. Defendant White entered a plea of guilty to one count of distribution of child pornography in violation of Title 18, U.S.C. §§ 2252(a)(2) and (b)(1).

2. The logistics of the defendant being indigent, residing in North Carolina, and his inability to utilize the internet for attorney-client communication, has made the process of preparing for sentencing and compiling sentencing mitigation a lengthier process.

3. Pursuant to Local Rule 88.9, undersigned counsel has conferred with AUSA Corey Steinberg who does not oppose the relief sough herein. In addition to undersigned counsel's request for additional time, both parties

believe that based upon the nature of this case, that it would be beneficial to reset the sentencing hearing as it is currently scheduled for Law Day.

4. This request is made in good faith and will further the interest of justice.

WHEREFORE, the Defendant, John Karl White, respectfully requests that this Honorable Court grant this motion and continue the sentencing hearing for at least 30 days.

Respectfully submitted,
*/s/ Jason W. Kreiss*
Jason W. Kreiss, Esq.
Attorney for Defendant
Florida Bar No.: 0087912

The Kreiss Law Firm
1824 S.E. 4th Avenue
Ft. Lauderdale, FL 33316
Phone: 954-525-1971
jwk@kreisslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of April, 2017, a copy of the foregoing motion was sent via email through the CM/ECF system to all parties of record.

*/s/ Jason W. Kreiss*
Jason W. Kreiss, Esq.